# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
     September 23, 2019

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, August 27, 2019, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing September 23, 2019.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is October 28, 2019, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled**

**pretrial conference shall be considered untimely.** A motion not timely filed will be summarily denied. Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>August 27, 2019</u>**

| | | | |
|---|---|---|---|
| 18-03066-CR-S-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Douglas Fullerton | Michelle Moulder |
| | | | |
| 18-03069-CR-S-RK | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Brent A. Tribble | Ian Lewis |
| | -02 | Stephan D. Samons | Stacie Bilyeu |
| | -04 | Neal A. Norels | Jeffrey Sowash |
| | | | |
| 18-03127-CR-S-BCW | | United States | Jody Stockard |
| | | v. | |
| | -01 | Donald Estell | David Back |

| | | |
|---|---|---|
| 19-03093-CR-S-MDH | United States | Nhan Nguyen |
| | v. | |
| -01 | William Merriweather | Michelle Law |
| | | |
| 19-03089-CR-S-MDH | United States | Nhan Nguyen |
| | v. | |
| -01 | Dustin Gowen | Agi Prevendarcsik |
| | | |
| 19-03091-CR-S-MDH | United States | Jody Stockard |
| | v. | |
| -01 | Milton W. Sparks | Ian Lewis |
| | | |
| 19-03098-CR-S-MDH | United States | Byron Black |
| | v. | |
| -01 | Quentin T. Ware | Michelle Moulder |
| | | |
| 19-03097-CR-S-BP | United States | Bill Meiners |
| | v. | |
| -01 | Joseph R. Chrisman | Michelle Law |
| | | |
| 19-03067-CR-S-MDH | United States | Jody Stockard |
| | v. | |
| -01 | Joseph D. Shoemaker | Elizabeth Turner |

| | | | |
|---|---|---|---|
| 18-03139-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Christine C. Bittick | Elizabeth Turner |
| 19-05027-CR-SW-BCW | | United States | Casey Clark |
| | | v. | |
| | -01 | Eric A. Scroggins | Ian Lewis |
| 18-03046-CR-S-BP | | United States | Jim Kelleher |
| | | v. | |
| | -02 | Bruce Smith | Ann Koszuth |
| 19-03008-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Jonathan Sawyer | Reidar Hammond |
| 18-03086-CR-S-MDH | | United States | Bill Meiners |
| | | v. | |
| | -01 | Robert J. Smock | Ann Koszuth |
| 18-05032-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Nicolas O. Cutbirth | Ann Koszuth |

| | | | |
|---|---|---|---|
| 18-05047-CR-SW-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Nathan Libertus | Russ Dempsey |
| | | | |
| 19-03009-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Matthew McCroskey | Joe Passanise |
| | | | |
| 18-03138-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Wesley D. Ozbirn | Jason Coatney |
| | | | |
| 17-03077-CR-S-SRB | | United States | Jody Stockard |
| | | v. | |
| | -02 | Gerald E. Pope | Stuart Huffman |
| | -06 | Amy E. Mitchell | John Appelquist |
| | -12 | Ceirra N. Nash | Josh Roberts |
| | -13 | Oriola J. Ijaola | James Hayes |
| | | | |
| 19-03017-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Daniel Isaac | Gary Wilson |

| Case Number | Party | Defendant | Counsel |
|---|---|---|---|
| 19-03055-CR-S-RK | United States | | Casey Clark |
| | v. | | |
| -01 | | Joshua A. Houston | Ian Lewis |
| 15-03021-CR-S-RK | United States | | Ami Miller |
| | v. | | |
| -01 | | Michael Robert Hall | Ian Lewis |
| 18-05029-CR-SW-MDH | United States | | Jim Kelleher |
| | v. | | |
| -01 | | Richard Williams | Erica Mynarich |
| 19-05009-CR-SW-RK | United States | | Byron Black |
| | v. | | |
| -01 | | Jayme J. Richardson | Erica Mynarich |
| 19-03028-CR-S-MDH | United States | | Byron Black |
| | v. | | |
| -02 | | Robin L. Self | Kristin Jones |
| -03 | | Patrick R. Waters | Adam Woody |
| -05 | | Keith D. Butchee | Stuart Huffman |
| 19-03024-CR-S-SRB | United States | | Nhan Nguyen |
| | v. | | |
| -01 | | Lee Nazarian | Ann Koszuth |

| | | | |
|---|---|---|---|
| 19-05015-CR-SW-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | Victor M. De Santiago | Josh Roberts |
| | -02 | Randall L. Sanford | Gary Wilson |
| | | | |
| 18-03055-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | John Benedetti | Dee Wampler |
| | | | |
| 19-05010-CR-SW-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Jeremy F. Diel | James Hayes |
| | | | |
| 18-03007-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -04 | David A. Scott | Stuart Huffman |
| | -05 | L.C. Lee | Russ Dempsey |
| | -07 | James Chalk | Adam Woody |
| | -08 | Amber L. Brake | James Hayes |
| | | | |
| 18-05039-CR-SW-BP | | United States | Abe McGull |
| | | v. | |
| | -01 | Ty Cole Kitchingham | Stuart Huffman |

| | | | |
|---|---|---|---|
| 19-03041-CR-S-BP | | United States | Patrick Carney |
| | | v. | |
| | -01 | Victor Manuel Herrera-Sosa | Ann Koszuth |

| | | | |
|---|---|---|---|
| 17-03011-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Feliz F. Forjan | Josh Roberts |

| | | | |
|---|---|---|---|
| 19-05017-CR-SW-MDH | | United States | Jessica Keller |
| | | v. | |
| | -01 | Damian Arreola-Chico | John Lewright |
| | -02 | Eric Eugene Akins | Kristin Jones |
| | -03 | Michael Eugene Handshy | Megan McCullough |
| | -04 | Michael Shae Rhoads | Russ Dempsey |
| | -05 | Malena Lee Willhite | Reidar Hammond |

| | | | |
|---|---|---|---|
| 19-03037-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Geoffrey B. Worman | Ian Lewis |

| | | | |
|---|---|---|---|
| 17-03104-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Mark J. Altschuler | Dee Wampler |

| | | | |
|---|---|---|---|
| 19-03044-CR-S-BP | | United States | Abe McGull |
| | | v. | |
| | -01 | Manuel Edgardo Cortez | Brady Musgrave |
| | -02 | Mel Arnold | Ben McBride |
| | -03 | Christopher K. Perez | Brian Risley |
| | -04 | Diandre Valentine | Stuart Huffman |
| | -05 | Estelle E. Lawson | Jason Coatney |
| | -09 | Amanda Robinson | Penny Speake |
| | -10 | Leslie T. Ray | Elizabeth Turner |
| | -13 | Olivia L. Fluke | Marsha Jackson |
| | -14 | Joshua S. Speakes | Shane Cantin |
| | -15 | Jedediah L. Selke | Alison Hershewe |
| | | | |
| 17-03037-CR-S-SRB | | United States | Abe McGull |
| | | v. | |
| | -01 | Jose Aguliar-Cruz | Kristin Jones |
| | -05 | Tracy Doyle | Alison Hershewe |
| | -07 | Jacob Mark Loo | John Appelquist |
| | | | |
| 19-05018-CR-SW-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Ryan Daniel Crawford | David Mercer |

| | | |
|---|---|---|
| 19-03018-CR-S-BW | United States | Jessica Keller |
| | v. | |
| -01 | Francois Didier Destenay | Stuart Huffman |
| | | |
| 19-03058-CR-S-MDH | United States | Nhan Nguyen |
| | v. | |
| -01 | Matthew D. Billingslea | Michelle Moulder |

          */s/ David P. Rush*
          DAVID P. RUSH
          UNITED STATES MAGISTRATE JUDGE

Date: August 2, 2019